RECEIVED

SEP 2 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

LAWRENCE R. WRIGHT                    CIVIL ACTION NO. 5:14-cv-1185

VS.                                   SECTION P

                                      JUDGE STAGG

STATE OF LOUISIANA                    MAGISTRATE JUDGE KAREN L. HAYES

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23rd day of September, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE